Date: July 14, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 16 2015

CHRISTOPHER A. Ph...e

CLERK

FROM: Mr. Clair A. Wolf
TDCJ# 01859849
Pack I Unit
2400 Wallace Pack Rd.
Navasota, Texas    77868

Mr. Christopher Pine, Clerk
Court of Appeals
First Court of Appeals
301 Fannin St.
Houston, Texas    77002-2066

IN RE: In regard to the card that I received on July 9, 2015 on Cause # 1354683 and Appeal Court No.# 14-13-01119-CR, Clair A. Wolf v. State; Trial Court No(s), 135483 the new cause No. per card is 01-15-00580-CR

Dear Christopher Pine,

I received your card informing me that you filed my writ of mandamus to compel the 248th District Court of Harris County to set, hear, and rule on a properly filed motion in said Court on April 15, 2015, I noticed that the Cause Number is one number off due to a type-o. Instead of 135483 the number on the card is 135482. I looked at my copy and noticed the typist made a type-o on the motion but the cover letter was correct so please correct this mistake that was made by mistake on my part.

Also this case was originally in the 14th Court of Appeals of Harris County, Texas not the First Court of Appeals of Harris County, Texas. I hope the Court will please overlook this mistake on my part without looking on me unfavorably please, and thank you for your quick response.

Sincerely,

Mr. Clair A. Wolf